IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-02103-ZLW-KMT

MAGPUL INDUSTRIES CORPORATION,

      Plaintiff,

v.

ATLANTIC RESEARCH MARKETING SYSTEMS, INC., and
RICHARD E. SWAN,

      Defendants.

---

## ORDER

---

      After consideration of the case file herein, I hereby exercise my discretion as

a senior judge to decline this case.  Therefore, it is

      ORDERED that this case is returned to the Clerk's office for reassignment to

another judge.

      DATED at Denver, Colorado, this 8th day of September, 2009.

              BY THE COURT:

              _____

              ZITA L. WEINSHIENK, Senior Judge
              United States District Court